UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOMARLYN GABRIEL FELIZ YIS,

Defendant.

25-CR-147 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court schedules an initial conference in this case for **April 11, 2025** at **2:15 p.m.**, in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Separately, the Court has received a letter from defense counsel requesting that, at the initial conference in this case, the defendant be permitted to plead guilty and that sentencing proceed immediately thereafter, without a presentence report being prepared. The Court directs defense counsel to publicly file this letter immediately upon the assignment of a docket number to this case. The Court will consider that request, but requires first hearing the Government's views. The Court directs the Government, by Monday, **April 7, 2025,** to submit a letter, setting forth its view as to (1) the defense's request to proceed to sentencing at the initial conference, (2) the appropriate sentence and the basis for that view, and (3) the appropriate colloquy with the defendant if the Court were to proceed to sentencing at the April 11 conference. The defense's reply, if any, is due Tuesday, **April 8, 2025**. Promptly after receiving the defense's reply, the Court will notify counsel whether it expects to proceed to sentencing at the April 11 conference.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2025
       New York, New York