UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOMARLYN GABRIEL FELIZ YIS,

                    Defendant.

25-CR-147 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       It is hereby ORDERED that the defendant in the above captioned case, USM

Number 00098-506, has been sentenced to a term of imprisonment of "Time Served", and

therefore is to be released subject to any detainers.

       SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2025
     New York, New York